## IN THE U.S. DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

       **v.**                                       **Case No. 2:09CR0000658-001**

**George Oyakhire**
**a/k/a Oliver Oyakhire**

### ORDER

And now, this 2-2 day of July , 2016, it is hereby ordered that the U.S. Clerk's Office return the passport belonging to George Oyakhire.

BY THE COURT

Stewart Dalzell
U.S. District Court

7/6/16  XC: Fiscal
Nikk Campbell · file