# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :

       v.                                   :   **Criminal No. 09-CR-658-01**

**GEORGE OYAKHIRE**                  :
**a/k/a/ OLIVER OYAKHIRE**

## PRAECIPE TO SATISFY FINANCIAL JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

Please mark as satisfied the criminal monetary penalties portion of the criminal

judgment entered in the above-captioned case. This Praecipe applies only to any special

assessment, restitution, and criminal fine obligation entered against the above-named

defendant.


                        WILLIAM M. McSWAIN
                        United States Attorney


                        LAUREN R. BAER
                        Assistant United States Attorney
                        Pennsylvania Bar Id. No. 307042
                        615 Chestnut Street
                        Suite 1250
                        Philadelphia, PA 19106-4476
                        (215) 861-8200

Date: 6/18/18